**FILED**

March 9, 2012

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>CLARO GARCIA SOMERA, )<br>)<br>Defendant. ) | Case No. 2:12-mj-00063-CKD<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release CLARO GARCIA SOMERA, Case No. 2:12-mj-00063-CKD from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___    Release on Personal Recognizance

_X_    Bail Posted in the Sum of: $200,000.00.

   _X_    Co-Signed Unsecured Appearance Bond ($100,000.00)

   _X_    Secured Appearance Bond ($100,000.00)

   _X_    (Other) Conditions as stated on the record.

   _X_    (Other) The bond paperwork is to be filed by 03/12/12.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at _Sacramento, CA_ on _3/9/2012_ at _3:05 pm_.

By _/s/ Edmund F. Brennan_
Edmund F. Brennan
United States Magistrate Judge