**ERIN J. RADEKIN**
**Attorney at Law - SBN 214964**
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 446-3331
Facsimile: (916) 447-2988

Attorney for Defendant
CLARO GARCIA SOMERA, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>v.<br><br>CLARO GARCIA SOMERA, JR., et al.<br><br>             Defendants. | 2:12-CR-00114 LKK<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |

## STIPULATION

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Todd Pickles; defendant, Colin McElwee, by and through his counsel, Matthew Bockman; and defendant, Claro Garcia Somera, Jr., by and through his counsel, Erin J. Radekin, agree and stipulate to vacate the date set for status conference, April 17, 2012 at 9:15 a.m., in the above-captioned matter, and to continue the status conference to June 19, 2012 at 9:15 a.m. in the courtroom of the Honorable Lawrence K. Karlton.

The government has provided the defense with discovery; however, the defense is still engaged in review of such discovery and other defense preparation. The Court is advised that Mr. Bockman and Mr. Pickles concur with this request and have authorized Ms. Radekin to sign this stipulation on their behalf.

The parties further agree and stipulate that the time period from the filing of this stipulation until June 19, 2012 should be excluded in computing time for commencement of trial under the

1  Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(7)(B)(iv), and Local
2  Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense
3  preparation.  It is further agreed and stipulated that the ends of justice served in granting the request
4  outweigh the best interests of the public and the defendant in a speedy trial.
5       Accordingly, the parties respectfully request the Court adopt this proposed stipulation.
6  IT IS SO STIPULATED
7  Dated: April 14, 2012                    BENJAMIN WAGNER
                                             United States Attorney
8
                                             By:      /s/ Erin J. Radekin for
9                                              TODD PICKLES
                                             Assistant United States Attorney
10

11 Dated: April 14, 2012                       /s/ Erin J. Radekin  for
                                             MATTHEW BOCKMAN
12                                           Attorney for Defendant
                                             COLIN McELWEE
13

14 Dated: April 14, 2012                       /s/ Erin J. Radekin
                                             ERIN J. RADEKIN
15                                           Attorney for Defendant
                                             CLARO GARCIA SOMERA, JR.
16

17
                                    **ORDER**
18
     For the reasons set forth in the accompanying stipulation and declaration of counsel, the status
19
   conference date of April 17, 2012 is VACATED and the above-captioned matter is set for status
20
   conference on June 19, 2012 at 9:15 a.m.  The Court finds excludable time in this matter through
21
   June 19, 2012 under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow continuity of counsel
22
   and to allow reasonable time necessary for effective defense preparation.  For the reasons stipulated
23
   by the parties, the Court finds that the interest of justice served by granting the request outweigh the
24
   best interests of the public and the defendant in a speedy trial. 18 U.S.C. §§ 3161(h)(7)(A),
25
   (h)(7)(B)(iv).
26
        IT IS SO ORDERED.
27
   Dated:  April 16, 2012
28                                             LAWRENCE K. KARLTON
                                             SENIOR JUDGE
                                             UNITED STATES DISTRICT COURT