1  **ERIN J. RADEKIN**
   **Attorney at Law - SBN 214964**
2  428 J Street, Suite 350
   Sacramento, California 95814
3  Telephone: (916) 446-3331
   Facsimile: (916) 447-2988
4
   Attorney for Defendant
5  CLARO GARCIA SOMERA, JR.

6
                    **IN THE UNITED STATES DISTRICT COURT**
7
                **FOR THE EASTERN DISTRICT OF CALIFORNIA**
8

9

10  UNITED STATES OF AMERICA,                    **2:12-CR-00114 LKK**

11              Plaintiff,

12  v.

13                                               **STIPULATION AND ORDER TO**
                                                 **CONTINUE STATUS CONFERENCE**
    CLARO GARCIA SOMERA, JR., et al.
14
                Defendants.
15

16

17
                              **STIPULATION**
18
         Plaintiff, United States of America, by and through its counsel, Assistant United States
19
    Attorney Todd Pickles; defendant, Colin McElwee, by and through his counsel, Matthew Bockman;
20
    and defendant, Claro Garcia Somera, Jr., by and through his counsel, Erin J. Radekin, agree and
21
    stipulate to vacate the date set for status conference, June 19, 2012 at 9:15 a.m., in the above-
22
    captioned matter, and to continue the status conference to August 28, 2012 at 9:15 a.m. in the
23
    courtroom of the Honorable Lawrence K. Karlton.
24
         The reason for this request is that defense counsel are still engaged in review of discovery,
25
    investigation and defense preparation.  The Court is advised that Mr. Bockman and Mr. Pickles
26
    concur with this request and have authorized Ms. Radekin to sign this stipulation on their behalf.
27
         The parties further agree and stipulate that the time period from the filing of this stipulation
28
    until August 28, 2012 should be excluded in computing time for commencement of trial under the

    Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(7)(B)(iv), and Local

1  Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense

2  preparation.  It is further agreed and stipulated that the ends of justice served in granting the request

3  outweigh the best interests of the public and the defendant in a speedy trial.

4          Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

5  IT IS SO STIPULATED

6  Dated: June 15, 2012                                BENJAMIN WAGNER
                                                       United States Attorney

7
                                                       By:_____/s/ Erin J. Radekin for_____
8                                                      TODD PICKLES
                                                       Assistant United States Attorney

9

10  Dated: June 15, 2012                              _____/s/ Erin J. Radekin  for_____
                                                       MATTHEW BOCKMAN
11                                                     Attorney for Defendant
                                                       COLIN McELWEE

12

13  Dated: June 15, 2012                              _____/s/ Erin J. Radekin_____
                                                       ERIN J. RADEKIN
14                                                     Attorney for Defendant
                                                       CLARO GARCIA SOMERA, JR.

15

16                                          **ORDER**

17          For the reasons set forth in the accompanying stipulation and declaration of counsel, the status

18  conference date of June 19, 2012 is VACATED and the above-captioned matter is set for status

19  conference on August 28, 2012 at 9:15 a.m.  The Court finds excludable time in this matter through

20  August 28, 2012 under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow continuity of

21  counsel and to allow reasonable time necessary for effective defense preparation.  For the reasons

22  stipulated by the parties, the Court finds that the interest of justice served by granting the request

23  outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §§

24  3161(h)(7)(A), (h)(7)(B)(iv).

25          IT IS SO ORDERED.

26  Dated:  June 15, 2012

27                                                     LAWRENCE K. KARLTON
                                                       SENIOR JUDGE
28                                                     UNITED STATES DISTRICT COURT