FILED

JUN 15 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

ERIN J. RADEKIN
**Attorney at Law - SBN 214964**
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 446-3331
Facsimile: (916) 447-2988

Attorney for Defendant
CLARO GARCIA SOMERA, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CLARO GARCIA SOMERA, JR., et al.<br><br>Defendants. | Case No. 2:12-CR-00114 LKK<br><br>**STIPULATION AND ORDER TO MODIFY CONDITIONS OF RELEASE**<br><br>Judge: Hon. Dale A. Drozd |

On March 9, 2012, defendant in this matter, CLARO GARCIA SOMERA, JR., was ordered released on a $100,000 secured bond and a $100,000 co-signed, unsecured bond with conditions, including that he participate in electronic monitoring and comply with a curfew. Docket No. 13. At this time the parties, with the full agreement of pretrial services, are requesting that conditions 13 and 14, concerning electronic monitoring and a curfew, be eliminated. Mr. Somera will still be closely monitored by pretrial services and required to comply with conditions, he just will not be subject to electronic monitoring or a curfew. All other conditions are to remain the same. Attached hereto are the new Amended Conditions as proposed by Pretrial Services Officer Renee Basurto and the parties.

The parties and Ms. Basurto, who has been supervising Mr. Somera, feel that this action is

appropriate at this time since Mr. Somera has been fully compliant with all conditions of his release, including electronic monitoring and his curfew.  The Court is advised that attorney for the United States in this action, Assistant United States Attorney Todd Pickles, has been apprised of this request and provided with a copy of the attached amended conditions, and has indicated that he has no objection to such modifications to the conditions of Mr. Somera's release.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

Dated: June 14, 2012                              BENJAMIN WAGNER
                                                  United States Attorney

                                              By:_____/s/ Erin J. Radekin for_____
                                                  TODD PICKLES
                                                  Assistant United States Attorney


Dated: June 14, 2012                              _____/s/ Erin J. Radekin_____
                                                  ERIN J. RADEKIN
                                                  Attorney for Defendant
                                                  CLARO GARCIA SOMERA, JR.


## ORDER

Good cause appearing and for the reasons stated in the stipulation of the parties, the conditions of Mr. Somera's release are hereby modified pursuant to 18 U.S.C. § 3145(a). The new conditions of release are those set forth in the Amended Conditions of Release attached to the parties' stipulation.

Dated: June 15, 2012

_____
HON. DALE A. DROZD
United States Magistrate Judge

## AMENDED CONDITIONS OF RELEASE

RE: Somera, Claro G.
Doc. No. 2:12-MJ-063-CKD-2

1. You shall report to and comply with the rules and regulations of the Pretrial Services Agency;

2. You shall report in person to the Pretrial Services Agency on the first working day following your release from custody;

3. You are to reside at a location approved by the pretrial services officer and not move or absent yourself from this residence for more than 24 hours without the prior approval of the pretrial services officer;

4. You shall cooperate in the collection of a DNA sample;

5. Your travel is restricted to the Eastern District of California without the prior consent of the pretrial services officer;

6. You shall not possess a firearm/ammunition, destructive device, or other dangerous weapon; additionally, you shall provide written proof of divestment of all firearms/ammunition currently under your control;

7. You shall refrain from **ANY** use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you shall notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana, prescribed or not, may not be used;

8. You shall submit to drug or alcohol testing as approved by the pretrial services officer. You shall pay all or part of the costs of the **testing** services based upon your ability to pay, as determined by the pretrial services officer;

9. You shall seek and/or maintain employment and provide proof of same as requested by your pretrial services officer;

10. You shall surrender your passport to the Clerk, U. S. District Court, and obtain no passport during the pendency of this case;

11. You shall not associate or have any contact with your co-defendants unless in the presence of counsel or otherwise approved in advance by the pretrial services officer;

12. You shall report any contact with law enforcement to your pretrial services officer within 24 hours;

**June 5, 2012**