BENJAMIN B. WAGNER
United States Attorney
TODD A. PICKLES
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Main:    (916) 554-2700
Facsimile: (916) 554-2900

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO.  2:12-CR-00114 LKK |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND  ORDER CONTINUING STATUS HEARING AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** |
| v. | ) | |
| CLARO GARCIA SOMERA, JR. | ) | [18 U.S.C. § 3161(h)] |
| Defendant. | ) | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on March 12, 2013.

2. By this stipulation, defendant now moves to continue the status conference until May 14, 2013 and to exclude time between March 12, 2013 and May 14, 2013 under Local Code T4.  The United States does not oppose this request.

3. The parties agree and stipulate, and request that the Court find the following:

a) The United States has represented that the discovery associated with this case includes investigative reports, laboratory reports, and related documents in electronic form, constituting approximately 200 pages of documents as well as several audio recordings.  This discovery has been

1

produced directly to the defendant's prior counsel.

    b)  On January 23, 2013, new counsel was retained by the defendant. New counsel for defendant desires additional time to consult with his client, to conduct investigation and research related to the charges, and to discuss potential resolutions with his client and the United States, as well as discuss with his client the options for preparing the matter for trial.

    c)  Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    d)  The United States does not object to the continuance.

    e)  Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    f)  For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 12, 2013 to May 14, 2013, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

  4.  Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  March 8, 2013                         BENJAMIN B. WAGNER
                                              United States Attorney

                                              */s/ Todd A. Pickles*
                                              TODD A. PICKLES
                                              Assistant United States Attorney

Dated:  March 8, 2013                         */s/ Todd A. Pickles for*
                                              RICHARD DUDEK
                                              Counsel for Defendant

## ORDER

IT IS SO FOUND AND ORDERED this 8th day of March, 2013.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT