1  BENJAMIN B. WAGNER
   United States Attorney
2  TODD A. PICKLES
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Main:     (916) 554-2700
   Facsimile: (916) 554-2900
5

6

7

8                     IN THE UNITED STATES DISTRICT COURT

9                        EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,            )   CASE NO.  2:12-CR-00114 LKK
                                         )
12         Plaintiff,                    )   **ORDER EXCLUDING TIME**
                                         )   **UNDER THE SPEEDY TRIAL ACT**
13  v.                                   )
                                         )   [18 U.S.C. § 3161(h)]
14  CLARO GARCIA SOMERA, JR.             )
                                         )
15         Defendant.                    )
                                         )
16  _____     )

17

18         On June 18, 2013, the parties appeared before the Court for a status hearing.  The parties

19  advised the Court that counsel for the defense, who was appointed at the end of January 2013, was still

20  reviewing discovery and had also requested a plea offer from the United States, that the United States

21  anticipated an offer would be made within the next few weeks, which counsel for defendant would need

22  to review with this client, including reviewing discovery with respect to the factual basis, and that

23  defense counsel needed time to discuss with the defendant the defendant's options.  Based on these

24  facts, defendant requested that the matter be continued to July 23, 2013, for a further status hearing and

25  possible change of plea, and that time be excluded from June 18, 2013 through July 23, 2013.  The

26  United States did not oppose the request for a continuance with an exclusion of time under the Speedy

27  Trial Act, 18 U.S.C. § 3161.

28

                                              1

1   For the foregoing reasons, the Court finds that trial delay and exclusion of time is necessary to

2   provide defense counsel reasonable time to prepare his client's defense taking into account due

3   diligence.  The Court further finds that the ends of justice to be served by granting the requested

4   continuance outweigh the best interests of the public and the defendant in a speedy trial.

5   Accordingly, IT IS HEREBY ORDERED that, the time period from June 18, 2013 through July

6   23, 2013, is EXCLUDED under the Speedy Trial Act, 18 U.S.C. §3161(h)(7)(A) and T4 (18 U.S.C.

7   § 3161(h)(7)(B)(iv)), due to the need to provide defense counsel with the reasonable time to prepare.

8   IT IS SO ORDERED.

9

10   DATED: June 24, 2013

11

12

13   LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2