BENJAMIN B. WAGNER
United States Attorney
TODD A. PICKLES
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Main:     (916) 554-2700
Facsimile: (916) 554-2900

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.  2:12-CR-00114 LKK |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER** |
| | ) | **CONTINUING STATUS HEARING** |
| v. | ) | **AND EXCLUDING TIME UNDER** |
| | ) | **THE SPEEDY TRIAL ACT** |
| CLARO GARCIA SOMERA, JR. | ) | |
| | ) | [18 U.S.C. § 3161(h)] |
| Defendant. | ) | |
| | ) | |
| | ) | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for status on June 23, 2013.

2.      By this stipulation, defendant now moves to continue the status conference until September 17, 2013 and to exclude time between July 23 and September 17, 2013 under Local Code T4.  The United States does not oppose this request.

3.      The parties agree and stipulate, and request that the Court find the following:

a)      The United States has represented that the discovery associated with this case includes investigative reports, laboratory reports, and related documents in electronic form, constituting approximately 200 pages of documents as well as several audio recordings.  This discovery has been

produced directly to the defendant's prior counsel.  Additionally, the United States will be making a formal plea offer to resolve this case.

b)       On January 23, 2013, new counsel was retained by the defendant.  Counsel for defendant desires additional time to consult with his client, to conduct investigation and research related to the charges, and to discuss potential resolutions with his client and the United States, as well as discuss with his client the options for preparing the matter for trial, and to review discovery for these purposes.

c)       Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)       The United States does not object to the continuance.

e)       Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)       For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of July 22, 2013 to September 17, 2013, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.       Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  July 18, 2013

BENJAMIN B. WAGNER
United States Attorney

/s/ Todd A. Pickles
TODD A. PICKLES
Assistant United States Attorney

Dated:  July 19, 2013

/s/ Todd A. Pickles for
RICHARD DUDEK
Counsel for Defendant

## ORDER

IT IS SO FOUND AND ORDERED this 19th   day of July,  2013

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT