BENJAMIN B. WAGNER
United States Attorney
TODD A. PICKLES
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:12-CR-114 LKK |
| Plaintiff, | VIOLATION: 21 U.S.C. §§ 846 & 841(a)(1) – Conspiracy to Distribute Methamphetamine |
| v. | |
| CLARO SOMERA, | |
| Defendant. | |

SUPERSEDING INFORMATION

COUNT ONE:   [21 U.S.C. §§ 846 & 841(a)(1) – Conspiracy to Distribute Methamphetamine]

The United States Attorney charges: THAT

CLARO SOMERA,

defendant herein, beginning in or about February 2011, until in or about August 2011, in the State and Eastern District of California and elsewhere did knowingly and intentionally conspire with Colin McElwee, indicted elsewhere, to distribute at least 5 grams of methamphetamine (actual), a Schedule II controlled substance, all in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

SUPERSEDING INFORMATION              1

**FILED**
JAN 14 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

1 | Dated: 1/14/2014

BENJAMIN B. WAGNER
United States Attorney

_____
TODD A. PICKLES
Assistant United States Attorney

SUPERSEDING INFORMATION                2