BENJAMIN B. WAGNER
United States Attorney
TODD A. PICKLES
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.  2:12-cr-00114 LKK |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE JUDGMENT AND SENTENCING;** |
| v. | |
| CLARO SOMERA, | |
| Defendant. | |

The United States of America, through the undersigned Assistant United States Attorney, and defendant Claro Somera, through his undersigned counsel of record, hereby stipulate and request the following:

1. This matter is set on the Court's calendar for judgment and sentencing on April 1, 2014.

2. Mr. Somera requests additional time in order for him to provide information to the United States as required under U.S.S.G. §5C1.2, his compliance of which may affect his potential eligibility for the provisions of U.S.S.G. § 5C1.2.

3. Accordingly, by and through this stipulation, the parties requests that the judgment and sentencing be continued to April 29, 2014.

Stipulation re Judgment and Sentencing

1

1     IT IS SO STIPULATED.

2 DATED: March 28, 2014                           BENJAMIN B. WAGNER
                                                  United States Attorney

                                 By:    */s/ Todd A. Pickles*
                                                  TODD A. PICKLES
                                                  Assistant U.S. Attorney

DATED: March 28, 2014                          By:    */s/ Todd A. Pickles for*
                                                  RICHARD DUDEK, ESQ.

                                                  Attorney for Claro Somera

**IT IS SO ORDERED**

DATED: March 31, 2014

                                    LAWRENCE K. KARLTON
                                    SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT