# UNITED STATES DISTRICT COURT
for the

Eastern          District of          California

United States of America

v.

CLARO GARCIA SOMERA, JR.

Date of Original Judgment:          5/2/14
Date of Previous Amended Judgment:
*(Use Date of Last Amended Judgment if Any)*

)
)
)
)
)
)
)
)

Case No:    2:12CR00114

USM No:    68397-097

Hannah LaBaree, Assistant Federal Defender
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of    ☒ the defendant    ☐ the Director of the Bureau of Prisons    ☐ the court under 18 U.S.C.
§ 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has
subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C.
§ 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10
and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
          ☐ DENIED.    ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in*
*the last judgment issued)* of          87          months **is reduced to**          70  months          .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated 5/2/14 shall remain in effect.

**IT IS SO ORDERED.**

Order Date:    10/16/15

_____
*Judge's signature*

Effective Date:          11/1/2015
          *(if different from order date)*

Garland E. Burrell, Jr., U.S. District  Judge
*Printed name and title*