UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>        Plaintiff,<br><br>  v.<br><br>COLIN MCELWEE; and CLARO GARCIA SOMERA, JR.,<br><br>        Defendants. | No. 2:12-cr-00114-GEB<br><br>**ORDER** |

Defendant Claro Somera's request for an order concerning a recommendation on page 18 of his Presentence Investigation Report is denied.

Dated: March 7, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

1